**Daryal EDWARDS, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

No. 03–40442.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2003.

Daryal Edwards, Texarkana, TX, pro se.

Allen Harvey Hurst, Assistant US Attorney, US Attorney's Office, Eastern District of Texas, Tyler, TX, for Respondent–Appellee.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM.*

Daryal Edwards ("Edwards"), federal inmate # 06949–078, appeals the district court's dismissal with prejudice of his 28 U.S.C. § 2241 petition challenging his conviction for possession of a firearm during a drug trafficking crime and traveling in interstate commerce to further unlawful activity. Edwards argues that his initial search and seizure was illegal and that the indictment in his case was "fatally flawed." Edwards also argues that the Attorney General and the Bureau of Prisons lack the authority to "constrain We the People."

Edwards has failed to identify a retroactively applicable Supreme Court decision which establishes that he may have been convicted of a nonexistent offense. His claims, therefore, do not satisfy the savings clause of 28 U.S.C. § 2255, and thus he is not entitled to utilize 28 U.S.C. § 2241. *See Reyes–Requena v. United States,* 243 F.3d 893 (5th Cir.2001). This appeal is without arguable merit and is frivolous. *See Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983). It is therefore dismissed. 5TH CIR. R. 42.2.

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.